UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **CINCINNATI INSURANCE CO.,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
|    vs. | ) CAUSE NO.  1:03-cv-1683-VSS/DFH |
| | ) |
| **INDIANAPOLIS DOWNS, LLC, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## JUDGMENT

Pursuant to the Entry on Motion for Judgment on the Pleadings entered this date,

**JUDGMENT IS HEREBY ENTERED** in favor of third-party defendant Poindexter Excavating, Inc., and against third-party plaintiff Gilliatte General Contractors, Inc., on the third-party complaint of Gilliatte General Contractors, Inc.

SO ORDERED: 08/15/2005

_V. Sue Shields_
V. Sue Shields, Magistrate Judge

Copies to:

James Walter Brauer
jbrauer@stewart-irwin.com

J. Michael Cavosie
mcavosie@ecp-law.net

James Gregory Easter
geaster@ecp-law.net

Anthony Marino Eleftheri
aeleftheri@lewiswagner.com

Michelle H. Kazmierczak
mkazmierczak@k-glaw.com

David A. Tucker
dtucker@ecp-law.net

Janet Marin Prather
jprather@skilesdetrude.com

Mary F. Schmid
mschmid@stewart-irwin.com

Richard Robert Skiles
rskiles@skilesdetrude.com

John Carl Trimble
jtrimble@lewiswagner.com

Michael E. Brown
mbrown@k-glaw.com